716

Commonwealth v. James, Appellant.

Submitted September 11, 1967. *Robert James,* appellant, in propria persona; *Walter M. Phillips, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY, J., would grant a new trial.

Commonwealth v. Jamison, Appellant.

Submitted September 11, 1967. *Elliott Jamison,* appellant, in propria persona; *John J. Collins,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth v. Jamison, Appellant.

Argued September 18, 1967. *Anthony J. McMahon,* Assistant Defender, with him *George A. Johnson* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, with

him *Robert B. Mozenter,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jenkins, Appellant.

Submitted September 18, 1967. *S. Allen Needleman,* with him *Needleman, Needleman, Segal & Tabb,* for appellant; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence **affirmed.**

## Commonwealth *v.* Jones, Appellant.

Submitted September 19, 1967. *Richard C. Ferroni,* and *Pirillo and Carabello,* for appellant; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Kimbrough, Appellant.